IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VONDELL JONES,

    Plaintiff,

v.                                               CASE NO. 4:13-cv-554-MW/CAS

RADIOLOGY ASSOCIATES OF
TALLAHASSEE, P.A. and
TALLAHASSEE DIAGNOSTIC
IMAGING, LTD. ,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 9. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Accordingly, the clerk must close the file.

**SO ORDERED on February 3, 2014.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**